Inc., Respondent, Impleaded with WEINSTEIN & BLOOM, INC., Defendant.—Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MARTHA E. ARMSTRONG, Respondent, v. ROGDON HOLDING CORPORATION and JACOB GORDON, Appellants, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.    [139 Misc. 549.]

ANDREA D. COLETTI, Respondent, v. KNOX HAT COMPANY, INCORPORATED, Appellant.—Judgment and order affirmed, with costs. No opinion. Present— Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

WAGER S. KELLY, Appellant, v. LOUIS J. HALLE and RITA S. HALLE, Respondents.*— Judgment and order affirmed, with costs. No opinion. Present— Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.; Merrell, J., dissents and votes to reverse and deny motion.

LOUIS CARLISH, Respondent, v. PHILIP AGINSKY BUILDING CORPORATION, Appellant.—Judgment and order affirmed, with costs. No opinion. Present— Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MARY FARRELL, Individually and as Guardian ad Litem of ALFRED FARRELL, an Infant, Appellant, v. HYMAN LUDACER, Respondent.—Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN GALLAGHER, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DEWEY M. PARKER, Appellant.— Judgment affirmed. No opinion. Present —Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

NELL F. WEST, Appellant, v. WALTER D. TUSTEN, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JOSEPH GLUCK, Appellant, v. DETROIT FIDELITY AND SURETY COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements, without prejudice to application for a preference. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

CHARLES LEVY, Appellant, v. MOSES L. ANNENBERG, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

CHARLES LEVY, Respondent, v. MOSES L. ANNENBERG, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to serve an amended answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.    [140 Misc. 317.]

LEONORA S. GORDON, an Infant, by DANIEL GORDON, Her Guardian ad Litem, Respondent, v. CARL H. SCHULTZ CORP., INC., Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, upon the ground that verdict was against the weight of the evidence. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

---

* Affd., 259 N. Y, —,